1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10    SALVADOR RIOS ROMO,                    Case No. 2:16-07813 DOC (ADS)

11                        Petitioner,

12                   v.                      ORDER ACCEPTING
                                             REPORT AND RECOMMENDATION OF
13    DAVE DAVEY, Warden,                    UNITED STATES MAGISTRATE JUDGE

14                        Respondent.

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the

17    records and files herein, along with the Report and Recommendation dated November

18    13, 2019 [Dkt. No. 55], of the assigned United States Magistrate Judge.  Further, the

19    Court has engaged in a de novo review of those portions of the Report and

20    Recommendation to which objections have been made.

21        Accordingly, IT IS HEREBY ORDERED:

22        1.    The United States Magistrate Judge's Report and Recommendation [Dkt.

23              No. 55] is accepted;

24        2.    The Petition is dismissed with prejudice; and

1    3.    Judgment is to be entered accordingly.

2

3    DATED:  January 2, 2020    _____
                                HONORABLE DAVID O. CARTER
4                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24