JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RIOS ROMO, | Case No. 2:16-07813 DOC (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVE DAVEY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: January 2, 2020

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge